# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARIS N. KHAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-4131 |
| | : | |
| PENSKE CORPORATION | : | |

# ORDER

**AND NOW**, this 25th day of September 2023, upon considering defendant's motion to dismiss (DI 27), plaintiff's opposition (DI 28), and for reasons in the accompanying Memorandum, it is **ORDERED** defendant's motion to dismiss (DI 27) is **GRANTED** without prejudice and we grant Mr. Khan leave to amend his complaint **within thirty (30) days** of the date of this order, if the facts allow him to do so.

_____
**MURPHY, J.**